**Narcisco Barrera MORALES,
Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

No. 07–74865.

United States Court of Appeals,
Ninth Circuit.

Submitted June 15, 2011.*

Filed June 24, 2011.

Narcisco Barrera Morales, Huntington Beach, CA, pro se.

Mary Jane Candaux, Assistant Director, Richard M. Evans, Esquire, Assistant Director, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Aimee J. Frederickson, Trial, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, O'SCANNLAIN and FISHER, Circuit Judges.

MEMORANDUM **

Narcisco Barrera Morales, a native and citizen of Mexico, petitions pro se for review of a Board of Immigration Appeals order dismissing his appeal from an immigration judge's (IJ) denial of his application for cancellation of removal. Our juris-diction is governed by 8 U.S.C. § 1252. We dismiss the petition for review.

We lack jurisdiction to review the agency's discretionary determination that Morales failed to show exceptional and extremely unusual hardship to his U.S. citizen children. 8 U.S.C. § 1252(a)(2)(B); *Mendez–Castro v. Mukasey,* 552 F.3d 975, 979 (9th Cir.2009).

Morales's contention that the IJ did not properly consider and weigh all evidence of hardship does not raise a colorable due process claim. *Martinez–Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir.2005).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.